```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
AMINAH L. MAJIED,                                                       :
                                                                        :
                              Plaintiff,                                :      16-CV-5731 (JMF)
                                                                        :
              -v-                                                       :      ORDER
                                                                        :
NEW YORK CITY DEPT. OF EDUCATION et al,                                 :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On January 10, 2018, the Court entered an Opinion and Order dismissing this action. *See* ECF No. 39. On February 11, 2020, Plaintiff filed a "Motion to Vacate Judgement & Order." *See* ECF No. 41. **By February 27, 2020**, Defendants shall submit a joint opposition brief to Plaintiff's motion, addressing (among other things) the timeliness of the motion. Plaintiff shall file any reply **within three weeks of the opposition**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: February 13, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge